

# Summer Savings!

Top Quality Precision Diamond Tools at prices you cant beat!



**Turbo Cup Wheels**
4" – 10 for $399
4.5" – 10 for $499
5" – 10 for $549
7" – 10 for $750



10 x 12" or 14" Laser Welded Diamond Saw Blades and a Husqvarna K760 for $1699

1/4"   3/8"
**Premium Tuck Pointers**
4" – 10 for $389/$429
4.5" – 10 for $399/$449
5" for $429/$479
7" 10 for $699/$749

**\* Ask about our other promotions \***
**\* Free iPhones, iPads, TV's, Visa Gift Cards \***

**Concrete Blades – Asphalt Blades – Multipurpose Blades – Marble & Granite Blade
Tile Blades - Core Bits - Cup Wheels - Tuck Pointers - Crack Chasers & Polishing Pads
ALL SIZES AND STYLES IN STOCK**

# CALL NOW! 1-888-600-2675

www.precisiondiamondtoolsllc.com

\*\*This facsimile transmission is based on information from a previous contact from our company. If you do not wish to receive further correspondence, fax your number to 1-631-961-5418 or email to removals@precisiondiamondtoolsllc.com
http://www.precisiondiamondtoolsllc.com