# WHOLESALE DIAMOND TOOLS



## Buy Factory Direct and Save BIG!!!

**Concrete Blades - Asphalt Blades - Multipurpose Blades - Marble & Granite Blades - Tile Blades - Core Bits - Cup Wheels - Tuck Pointers**

### 10 x 14" Laser Welded Concrete Blades - Only $799

### 10 x 14" Laser Welded Asphalt Blades - Only $999

### 10 x 14" Laser Welded Multipurpose Blades - Only $1199

**All sizes and quantities are in stock - Money Back Guarantee**

# CALL NOW! 1-888-600-2675

\*\*This facsimile transmission is based on information from a previous contact from our company. If you do not wish to receive further correspondence, fax your number to 1-631-961-5418 or email to removals@precisiondiamondtoolsllc.com